IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 1 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07 - CV - 01456 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

STEAVES LOUIS EDMONDS, a.k.a. STEVE L. EDMONDS,[1]

    Applicant,

v.

JAMES E. ABBOTT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

Applicant Steaves Louis Edmonds has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted application is in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

---

[1] Applicant is incarcerated at the Colorado Department of Corrections (DOC). Pursuant to DOC records his name is Steve L. Edmonds. Also in a previous filing in this Court, Case No. 01-02102-REB-CBS, Mr. Edmonds identified himself as Steve L. Edmonds.

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 11th day of July, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **07 - CV - 01456**

Steaves L. Edmonds
Doc No. 81851
CTCF
PO Box 1010
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER and a copy of the receipt for the full payment of the $5.00 filing fee** to the above-named individuals on 7/11/07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk