IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01456-BNB

STEAVES LOUIS EDMONDS, a.k.a. STEVE L. EDMONDS,

    Applicant,

v.

JAMES E. ABBOTT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 15 2007

GREGORY C. LANGHAM
                CLERK

## ORDER TO TRANSFER APPLICATION TO COURT OF APPEALS

Applicant Steaves Louis Edmonds, a.k.a. Steve L. Edmonds, is a prisoner in the custody of the Colorado Department of Corrections and currently is incarcerated at the Colorado Territorial Correctional Facility in Cañon City, Colorado. On June 29, 2007, Mr. Edmonds filed a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. In the Application, Mr. Edmonds challenges the validity of his conviction in El Paso County District Court in related Case Nos. 93-cr-2830, 93-cr-2895, 93-cr-2913, and 93-cr-2935. For the reasons stated below, the Application will be transferred to the United States Court of Appeals for the Tenth Circuit.

On July 16, 2007, Magistrate Judge Boyd N. Boland entered an order directing Applicant to show cause why the action should not be dismissed as time-barred under 28 U.S.C. § 2244(d). On August 1, 2007, Mr. Edmonds filed a Response. Upon review of the Response and further review of the Application, the Court now has determined that Applicant is challenging the same criminal conviction that he challenged in

***Edmonds v. Suthers, et al.***, No. 01-cv-02102-REB-CBS, Doc. No. 2, P. 2 (D. Colo. Jan. 6, 2003). The application in 01-cv-02102-REB was denied on the merits, *Id.* at Doc. 24, and dismissed on appeal, ***Edmonds v. Suthers, et al.***, No. 03-1022 (10th Cir. dismissed May 21, 2003) (Not selected for publication). Therefore, the instant Application is a second or successive application.

Pursuant to 28 U.S.C. § 2244(b)(3), Mr. Edmonds must apply to the United States Court of Appeals for the Tenth Circuit for an order authorizing this Court to consider his second or successive application. Mr. Edmonds has not provided to the Court the necessary authorization from the Tenth Circuit. Therefore, the Court must transfer this action to the Tenth Circuit pursuant to 28 U.S.C. § 1631. ***See Coleman v. United States***, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam). Accordingly, it is

ORDERED that the Order directing Applicant to Show Cause (Doc. No. 3), filed July 16, 2007, is discharged. It is

ORDERED that the Clerk of the Court transfer the instant action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631.

DATED at Denver, Colorado, this 15 day of August, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01456-BNB

Steaves L. Edmonds
Doc No. 81851
CTCF
PO Box 1010
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/15/07.

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk